# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

ARNOLDO OZUNA GALAN
REG. #60373-080                                                                                        PETITIONER

VS.                                       2:10CV00121 JTR

T.C. OUTLAW, Warden,
FCC Forrest City                                                                                      RESPONDENT

## JUDGMENT

Pursuant to the Memorandum and Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241 (docket entry #1), is DENIED, and this habeas action is hereby DISMISSED, WITHOUT PREJUDICE.

Dated this 21st day of April, 2011.

_____
UNITED STATES MAGISTRATE JUDGE